IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:10CV280-FDW-DSC

| | |
|---|---|
| HAFID MCINTYRE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CHASE HOME FINANCE, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's "Motion to Stay Initial [Attorney's] Conference" (document #13). After consulting with the chambers of the Honorable Frank D. Whitney, the District Judge to whom this matter is assigned, the Court will <u>deny</u> the Motion.

**IT IS HEREBY ORDERED** that:

1. Defendant's "Motion to Stay Initial [Attorney's] Conference" (document #13) is **DENIED**.

2. The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff; to defense counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: September 1, 2010

David S. Cayer
United States Magistrate Judge