# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10-CV-00280-FDW-DSC

| | |
|---|---|
| HAFID MCINTYRE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER |
| CHASE HOME FINANCE, LLC, | )<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. Pursuant to § 3(c)(i) of this Court's Standing Order Governing Civil Case Management (3:07-mc-47, Doc. No. 2-4), Defendant's pending Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (Doc No. 15), will toll the time in which to conduct a Rule 26(f) initial attorney's conference.

IT IS THEREFORE ORDERED that the deadlines contained in the Case Management Order, (Doc. No. 18) are hereby STAYED pending disposition of Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Signed: January 6, 2011

Frank D. Whitney
United States District Judge