# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hafid McIntyre ,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:10cv280

Chase Home Finance, LLC ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2011 Order.

Signed: January 26, 2011

Frank G. Johns, Clerk
United States District Court